**STATE OF LOUISIANA**      \*      **NO. 2021-KA-0488**

**VERSUS**      \*      **COURT OF APPEAL**

**AARON K. MITCHELL**      \*      **FOURTH CIRCUIT**

     \*      **STATE OF LOUISIANA**

     \*

     \*

**\* \* \* \* \* \* \***

*JCL*    **LOBRANO, J., CONCURS IN THE RESULT**

I concur in the result.